# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

December 5, 2024

Lyle W. Cayce
Clerk

———————————

No. 24-30147

———————————

Alvin Herbert; Jennifer Herbert,

*Plaintiffs—Appellants*,

*versus*

ASI Lloyds; Progressive Property Insurance Company,

*Defendants—Appellees*.

———————————————————————

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:23-CV-4772

———————————————————————

Before Elrod, *Chief Judge*, and Oldham and Wilson, *Circuit Judges*.
Per Curiam:*

For the reasons stated in the district court's orders and reasons, the district court's judgment is AFFIRMED. *See* 5th Cir. R. 47.6.

———————————————

* This opinion is not designated for publication. *See* 5th Cir. R. 47.5.